Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7A

|                                           |                      |
|-------------------------------------------|----------------------|
| Plaintiff,<br>v.<br>TRENTON TECHNOLOGY, INC. et al<br><br>Defendant. | Court No. 26-00402 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: January 9, 2026

/s/ John M. Foote
Signature of Plaintiff's Attorney

John M. Foote
Attorney for Plaintiff

Sidley Austin LLP
Firm

1501 K St. NW
Street Address

Washington, DC 20005
City, State and Zip Code

+1 202 736 8840
Telephone Number

john.foote@sidley.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk